## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

GABRIEL CASSELL,

                Plaintiff,

v.

OLIVIA JASSAH CASSELL, and
EVELYN WALKER,

                Defendants.

Civil 08-5368 (MJD/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

Dated: November 25, 2008          s/Michael J. Davis
                                              Michael J. Davis
                                              United States Chief District Judge